Argued and submitted June 30, 2000, affirmed May 2, petition for review denied August 7, 2001 (332 Or 430)

## STATE OF OREGON,
*Respondent,*

*v.*

## JOSEPH DARRELL DECOTEAU,
*Appellant.*

97-12-20372; A103284

23 P3d 408

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *State v. Horsley*, 169 Or App 438, 8 P3d 1021 (2000).